PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUMBERTO AMBRIZ-CHAVEZ,<br><br>Defendant. | Case No. 1:15-mj-00079-SAB<br><br>MOTION AND ORDER FOR DISMISSAL AND WARRANT RECALL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:15-mj-00079-SAB against HUMBERTO AMBRIZ-CHAVEZ, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and further requests that the warrant be recalled.

DATED: January 8, 2025          Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:   /s/ *Jeffrey A. Spivak*
      JEFFREY A. SPIVAK
      Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:15-mj-00079-SAB against HUMBERTO AMBRIZ-CHAVEZ, be dismissed, without prejudice and that the warrant be recalled, in the interest of justice.

IT IS SO ORDERED.

Dated: __**January 10, 2025**__

STANLEY A. BOONE
United States Magistrate Judge